# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                                        Case No: 6:23-cv-1237-RBD-LHP

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
97.102.188.247,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 9), filed August 31, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 1, 2023.



ROY B. DALTON, JR.
United States District Judge